

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 MAHMOUD YOUSSEF KOURANI,

    Defendant.
_____/

CRIMINAL NO. 03-81030

HON. ROBERT H. CLELAND

VIO. 18 U.S.C. § 371

## FIRST SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE: (Conspiracy to Provide Material Support to a Foreign Terrorist Organization – 18 U.S.C. § 371)

D-1 MAHMOUD YOUSSEF KOURANI

From on or about November 6, 2002 through on or about December 6, 2002, within the Eastern District of Michigan, Southern Division, MAHMOUD YOUSSEF KOURANI, defendant herein, knowingly and willfully conspired with others known and unknown to the government to violate 18 U.S.C. § 2339B, that is, to provide material support in the form of monetary instruments and U.S. currency to Hizballah, also known as "Party of God," which had previously been designated by the United States Secretary of State as a foreign terrorist organization under Title 8, United States Code, Section 1189(a)(1); all in violation of Title 18, United States Code, Section 371.

FILED

MAR 0 1 2005

CLERK'S OFFICE
DETROIT

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, defendant and his co-conspirators committed and caused to be committed the following overt acts, among others, in the Eastern District of Michigan:

Between November 6, 2002 and December 6, 2002, Mahmoud Youssef Kourani and others hosted and conducted meetings at 6050 Argyle Street in Dearborn, Michigan during which donations to Hizballah were solicited.

CRAIG S. MORFORD
United States Attorney

KENNETH R. CHADWELL
Assistant United States Attorney

ROBERT P. CARES
Assistant United States Attorney

Dated: March 1, 2005

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>03-81030 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: KRC |

Case Title: USA v. MAHMOUD YOUSSEF KOURANI

County where offense occurred: WAYNE

Check One:     X Felony          ☐ Misdemeanor          ☐ Petty

```
____Indictment/____Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:  ]
____Indictment/ X Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information:

Superseding to Case No: 03-81030                    Judge: ROBERT H. CLELAND

| ☐ | Original case was terminated; no additional charges or defendants. |
| ☐ | Corrects errors; no additional charges or defendants. |
| X | Involves, for plea purposes, different charges or adds counts. |
| ☐ | Embraces same subject matter but adds the additional defendants or charges below: |

**Defendant name**                    **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 1, 2005
    Date

KENNETH R. CHADWELL
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9698
Fax: (313) 226-4679
E-Mail address:  Ken.Chadwell@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04